No. 531. S. BUCHSBAUM & CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edwin J. McDermott* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States.

No. 607. HEITSCH, EXECUTOR, *v.* KAVANAGH, COLLECTOR OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Robert Dawson Heitsch* for petitioner. *Acting Solicitor General Stern* and *Assistant Attorney General Holland* for respondent.

No. 616. MORRISTOWN TRUST CO., EXECUTOR, *v.* MANNING, INTERNAL REVENUE COLLECTOR. C. A. 3d Cir. Certiorari denied. *Benjamin Harrow* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Joseph F. Goetten* for respondent.

No. 622. COMMISSIONER OF INTERNAL REVENUE *v.* GOLONSKY ET AL. C. A. 3d Cir. Certiorari denied. *Solicitor General Cummings* for petitioner.

No. 626. WYNNE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Mark H. Johnson* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Cecelia H. Goetz* for respondent.

No. 627. H. J. LEWIS OYSTER CO. *v.* UNITED STATES ET AL. Court of Claims. Certiorari denied. *Curtiss*